UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CURTIS MCLEOD,
    Plaintiff,

Case No. 1:13cv007
Litkovitz, M.J. - **Consent Case**

v.

LAWRENCE COUNTY, OHIO BOARD
OF COUNTY COMMISSIONERS, et al.,
    Defendants

## ORDER

The Court, having been advised that after continued settlement negotiations that the parties have reached a settlement in the above-styled case.

It is ORDERED that this action is hereby DISMISSED with prejudice. It is provided that any of the parties may, upon good cause shown within sixty (60) days from the date of this Order reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date 10/18/13

Karen L. Litkovitz
United States Magistrate Judge